# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| SATICOY BAY LLC SERIES 6212 LUMBER RIVER, A NEVADA LIMITED LIABILITY COMPANY, Appellant, vs. PECOS-PARK SUNFLOWER HOMEOWNERS' ASSOCIATION, A DOMESTIC NON-PROFIT COROORATION; AND NEVADA ASSOCIATION SERVICES, INC., A DOMESTIC CORPORATION, Respondents. | No. 78273 **FILED** JAN 16 2020 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY _____ DEPUTY CLERK |



## ORDER DISMISSING APPEAL

This is an appeal from an order granting respondent Pecos-Park Sunflower Homeowners' Association's motion to dismiss. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

On June 14, 2019, this court entered an order directing appellant to show cause why the appeal should not be dismissed for lack of jurisdiction because no final judgment has been entered against Nevada Association Services. When appellant failed to respond, on August 12, 2019, this court entered an order directing appellant to respond within 7 days. On September 25, 2019, appellant filed an untimely motion for an extension of time of 60 days to file its response to the order to show cause to allow appellant to obtain entry of a default judgment against Nevada Association Services. Despite its untimeliness, this court granted the motion for an extension. This court cautioned that failure to comply with the order could result in dismissal of this appeal. Appellant's response to the order to show cause was due by November 13, 2019. On November 18, 2019, the clerk of

this court issued a notice rejecting appellant's untimely attempt to file a "supplemental response." The notice informed appellant's counsel that the untimely response must be accompanied by a motion for extension of time. To date appellant has not filed a response or motion for an extension of time to file the response. Accordingly, appellant has failed to demonstrate this court's jurisdiction, and this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
     Charles K. Hauser, Settlement Judge
     Roger P. Croteau & Associates, Ltd.
     Brandon E. Wood
     Leach Kern Gruchow Anderson Song/Las Vegas
     Eighth District Court Clerk